UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABB Inc., Plaintiff

          Case No: 1:07 cv 00420 PLM

v.          HONORABLE PAUL L. MALONEY

<u>ORDER VACATING
AUGUST 30, 2007 ORDER</u>

Reed City Power Line Supply Co., Defendant


The Order entered by this Court Extending Deadline for Joinder of Parties and Amendments of Pleadings is vacated as duplicative of Magistrate Judge Carmody's Order of August 16, 2007.


August 31, 2007

/s/ Paul L. Maloney
_____
Paul L. Maloney
United States District Judge